The People of the State of New York, Appellant, v. The Oriental Bank, Respondent.—Motion denied, with ten dollars costs.

Louis Brown and Others, Appellants, v. Fannie Grossman and Others, Respondents.— Motion granted. Order signed.

Tobias Goodman, Appellant, v. Moses Hess, Respondent.— Motion denied with ten dollars costs. Order signed.

Charles Gerst, Appellant, v. Buffalo Commercial Insurance Company, Respondent. Charles Gerst, Appellant, v. Buffalo German Fire Insurance Company, Respondent.— Motion granted. Settle order on notice.

Morris Reisler, an Infant, etc., Respondent, v. John H. Springer, Appellant.— Motion granted on terms stated in order.

Frederick Kindorf, Appellant, v. Philip Hoellerer, Respondent.— Motion denied, with ten dollars costs.

In the Matter of the Mayor, etc. In the Matter of Giuseppe A. Muliori, Deceased.— Motion granted. Settle order on notice.

In the Matter of Abraham A. Joseph.— Motion restored to calendar for Friday, April 10, 1908.